**Edward Warlick WHITE, Jr., Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 01–7691.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

Edward Warlick White, Jr., Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Edward Warlick White, Jr., appeals from the district court's order denying his motion under the All Writs Act attacking his conviction for aiding and abetting the distribution of cocaine and marijuana. We have reviewed the record and the district court's opinion and find no reversible er-

ror. Accordingly, we affirm on the reasoning of the district court. *White v. United States,* No. CA–01–445–2–3–MU (W.D.N.C. filed Aug. 15, 2001, entered Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*